1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GLENN RANDY MILLER,                      No. CIV S-08-1331-CMK-P

12                Plaintiff,

13         vs.                                ORDER

14   RENDON, et al.,

15                Defendants.

16   _____/

17         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not

19   assigned to a District Judge when the case was filed.  The parties have not consented to

20   Magistrate Judge jurisdiction and the court now finds that dismissal of this action is appropriate.

21   Therefore, the court will direct the random assignment of a District Judge at this time.  The court

22   will address the reasons for dismissal by separate findings and recommendations.

23   / / /

24   / / /

25   / / /

26   / / /

1          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

2   randomly assign a District Judge to this case and to update the docket to reflect the new case

3   number.

4

5    DATED:  October 24, 2008

6
                                            _____
7                                            **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26